FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 08 2013
JAMES W. McCORMACK, CLERK
BY: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| VS. | NO. 4:13MJ6004-BD | |
| JUAN GARCIA | | DEFENDANT |

## ORDER

On April 5, 2013, an initial appearance hearing was held. English is not the Defendant's first language and he is unable to fully understand the proceedings being conducted. Defendant and his counsel requested the assistance of an interpreter to enable him to communicate with and comprehend the presiding judicial officers and other parties at all proceedings conducted in court.

The Court directs that an interpreter be appointed, pursuant to Rule 28 of the Federal Rules of Criminal Procedure. The Clerk is directed to appoint a qualified interpreter to assist the Defendant, counsel, and the court at any and all court proceedings in this case.

IT IS SO ORDERED this 8th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE